STATE OF NEW JERSEY v. HOWARD E. FARRELL, JR.

October 5, 1971. Petition for Certification granted.

STATE OF NEW JERSEY v. JUAN TRINIDAD, *ET AL.*

October 5, 1971. Petition for Certification denied.

FRANCIS M. STEPHENSON v. LUCILLE P. STEPHENSON.

October 5, 1971. Petition for Certification granted.

STATE OF NEW JERSEY v. HENRY FOREMAN, *ET AL.*

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY v. JOHN FREDERICK PINE.

October 5, 1971. Petition for Certification denied.

STATE OF NEW JERSEY IN THE INTEREST OF R. W.

October 5, 1971. Petition for Certification granted. (See 115 *N. J. Super.* 286).